# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AMERICAN VANGUARD CORPORATION,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**LISA P. JACKSON,** *et al.* )<br>)<br>**Defendants.** ) | **Case No. 1:10-cv-01459** |

## JOINT SCHEDULING ORDER FOR APPLICATION FOR TEMPORARY RESTRAINING ORDER

The parties, having conferred in accordance with the Court's instructions, have agreed to the following schedule for the Plaintiff's Application for Temporary Restraining Order:

| | |
|---|---|
| Respondents' Opposition to Application for TRO Memorandum in Support and Declarations:<br>(Declarations due to Plaintiffs by 6:00 PM Monday) | Tuesday, August 31, 2010   9:00 AM |
| Plaintiffs' Reply if Any | Tuesday, August 31, 2010 12:00 Noon |
| Hearing on Application: | Tuesday, August 31, 2010   4:00 PM. |

Dated: August 27, 2010          Respectfully Submitted,

U.S. DEPARTMENT OF JUSTICE      K&L GATES LLP

 /s/ Eileen T. McDonough           /s/ Barry M. Hartman
Eileen T. McDonough             Barry M. Hartman (D.C. Bar #291617)
                                Christopher R. Tate (D.C. Bar #989033)
                                Christopher Nestor*
                                Thomas R. Carey**

DC-1465131 v2

- 2 -

Environmental Defense Section
601 D Street, N.W., Suite 8000
Washington, DC 20530-0001
Phone: 202.514.3126

eileen.mcdonough@usdoj.gov

Counsel for Defendants

1601 K Street, N.W.
Washington, D.C.  20006-1600
Phone: 202.778.9000

17 North Second Street, 18th Floor*
Harrisburg, PA 17101-1507
Phone: 717.231.4500

70 W. Madison St., 3100**
Chicago, IL 60602
Phone: 312.372.1121

barry.hartman@klgates.com
christopher.tate@klgates.com
christopher.nestor@klgates.com
thomas.carey@klgates.com

Counsel for Plaintiff